MDLOUT

# U.S. District Court
# Middle District of Florida (Jacksonville)
# CIVIL DOCKET FOR CASE #: 3:08-cv-00464-TJC-MCR
# Internal Use Only

Boykin v. Davol Inc. et al
Assigned to: Judge Timothy J. Corrigan
Referred to: Magistrate Judge Monte C. Richardson
Case in other court: 4th Judicial Circuit in and for Duval County, CA004857-XXXX-MA
Cause: 28:1332 Diversity-Medical Malpractice

Date Filed: 05/07/2008
Date Terminated: 06/23/2008
Jury Demand: Both
Nature of Suit: 362 Personal Inj. Med. Malpractice
Jurisdiction: Diversity

**Plaintiff**

**David L. Boykin** represented by **Anita C. Pryor**
Terrell, Hogan, Ellis & Yegelwell, PA
Suite 804
233 E Bay St
Jacksonville, FL 32202-3451
904/632-2424
Fax: 904/632-0549
Email: pryor@terrellhogan.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol Inc.** represented by **John M. Kvartek**
Clark, Partington, Hart, Larry, Bond & Stackhouse
125 W Romana St - Ste 800
PO Box 13010
Pensacola, FL 32591-3010
850/434-9200
Fax: 850/432-7340
Email: jkvartek@cphlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**C.R. Bard, Inc.** represented by **John M. Kvartek**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/07/2008 | 1 | NOTICE OF REMOVAL from 4th Judicial Circuit in and for Duval County, case number 16-2008-CA004857-XXXX-MA filed in State Court on 4/16/08. Filing fee $ 350, receipt number J029108 filed by Davol Inc., C.R. Bard, Inc.. (Attachments: # 1 Exhibit A (Summons)filed in State Court, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E) (MHH) (Entered: 05/09/2008) |
| 05/07/2008 | 2 | COMPLAINT against Davol Inc., C.R. Bard, Inc. ; jury demand filed by David L. Boykin. (Filed in State Court)(MHH) Modified on 5/9/2008 to edit docket text only(MHH). (Entered: 05/09/2008) |
| 05/07/2008 | 3 | ANSWER and affirmative defenses to 2 Complaint with Jury Demand by Davol Inc., C.R. Bard, Inc..(MHH) (Entered: 05/09/2008) |
| 05/07/2008 | 4 | CORPORATE DISCLOSURE STATEMENT by Davol Inc., C.R. Bard, Inc.. (MHH) (Entered: 05/09/2008) |
| 05/09/2008 | 5 | AMENDED STANDING ORDER - Filing of Documents that Exceed Twenty-Five Pages.Signed by all Jacksonville Judges on 5/25/05.(MHH) (Entered: 05/09/2008) |
| 05/19/2008 | 6 | NOTICE of designation under Local Rule 3.05 - track 2. Signed by Deputy Clerk on 5/19/2008. (MD) (Entered: 05/19/2008) |
| 06/23/2008 | 7 | MULTIDISTRICT LITIGATION panel order transferring case to: United States District Court for the District of Rhode Island. Transferee court case number: RID CA 08-2514 MDL case number: 1842 (MHH) (Entered: 06/24/2008) |